**To:**
The Honorable Nicolas Ranjan
United States District Judge
United States District Court
Western District of Pennsylvania

**Re:** *United States of America v. Samuel David Ferrer Avila*

*CR NO:22 301*

---

## I. INTRODUCTION

This sentencing mitigation report is prepared by Malikeya Khantrece at the request by and through Mr. Avila's counsel, Patrick Nightingale, Esquire. It is intended to present a social history and context for Samuel David Ferrer Avila to assist the Court in crafting a sentence that reflects his background, capacity for rehabilitation, and mitigating circumstances. It is based on primary documentation, family statements, interviews with family members & Mr. Avila, as well as his own reflections. The report adopts a holistic, trauma-informed lens to understand the interplay of socioeconomic forces, migration, coercion, and developmental vulnerabilities that contributed to his offense.

---

## II. FAMILY ORIGINS AND EARLY LIFE

Samuel David Ferrer Avila was born on July 21, 2000, in Venezuela. He is the eldest child of Haidy Roneira Avila Huerta and the biological son of Miguel Angel Ferrer Chacin. Though his parents did not marry, Samuel was raised within a family by his mother and her husband/Samuel's stepfather, Victor Joaquin Ballesteros Galvis. Mr. Galvis has consistently been a father figure in his life since Samuel was 3 years old. Mrs. Huerta eventually had two more children; they are Samuel's younger siblings Gabriel and Daniel Ballesteros. CoThe family is of deep faith centered on Christian values, emphasizing discipline, education, and service.

Samuel's adolescence occurred during a period of significant civil and political unrest in Venezuela. Like many families, in escaping dictatorships and war, the family faced and overcame food insecurity, a systemic healthcare failure, and threats from organized criminal groups. Still, his family prioritized hard-work, faith, and education, and he grew into a productive and intelligent young adult. As a child, his dream was to become an aviator, but the dream was interrupted upon fleeing the war-torn Venezuela.

---

## III. MIGRATION AND ADOLESCENCE IN PANAMA

In 2016, when Samuel was 17 years old, his family emigrated to Panama seeking safety and stability. Eventually, they settled and rebuilt their lives. Initially Samuel lived with his grandmother to complete high school and then was eventually reunited with his immediate family. He helped support the household by working various jobs, including as a laborer, salesman, and delivery person.

During his late teenage years, Samuel also became deeply interested in financial technology, including cryptocurrency and Forex trading. He studied Forex training for two years at an online academy called I-market Life and began to build a solid reputation in the industry in Panama. Letters from his mother and uncle describe how the elder, ill-intended leader of the co-defendants in this case capitalized on Samuel's intelligence and lack of life experience, drawing him into business dealings that ultimately led to criminal conduct.

---

## IV. TRAUMA, COERCION, AND FAMILY DISPLACEMENT

Stefano Zanetti, a co-defendant in the case, is a Canadian national nearly twice Samuel’s age. Mr. Zanetti exploited Samuel’s ambition and inexperience in the international trade field. At just 20 years old, Samuel had already built a strong reputation as a foreign trade specialist in Panama, admired for his integrity and work ethic. Zanetti posed as a legitimate entrepreneur and convinced Samuel to assist in what appeared to be a legal bitcoin transaction. However, once the transaction was completed, Zanetti accused Samuel of theft, claiming he had kept part of the proceeds for himself.

Zanetti violently threatened Samuel at gunpoint on multiple occasions, coercing him into what can only be described as indentured servitude. He demanded repayment of the alleged theft through continuous work and manipulated the debt to grow from $11,000 to $50,000, then $60,000, with no end in sight. Each time Samuel attempted to satisfy the demand or withdraw, Zanetti escalated his threats, stating explicitly that he 'owned' Samuel. Zanetti’s coercion extended beyond economics—it was physical, psychological, and emotionally destructive.

Zanetti further forced Samuel and other young men to recruit additional victims into the operation, deliberately withholding the true nature of the criminal scheme, which ultimately targeted elderly individuals in the United States for fraud. Zanetti wielded influence and intimidation through his established connections to Panamanian political leaders and his known use of violence. The power he exercised over those under his control was widely acknowledged, including by members of his own household.

Zanetti’s wife and stepson ultimately warned Samuel that he was in grave danger and that escape was his only option. They assisted him in fleeing Panama in October 2022 to Colombia. However, the danger did not end there. Upon discovering Samuel’s escape, Zanetti began to stalk and terrorize Samuel’s family. He used Facebook photos and anonymous communications to demonstrate surveillance of their movements, prompting the family to withdraw from daily life

in fear—avoiding work, school, and any public routines. Samuel had escaped in October of 2022, Zanetti began stalking the family in November of 2022, and by December of 2022, escape for the entire was inevitable.

The psychological and emotional trauma endured by Samuel's family in just those few months culminated in their flight from Panama in December 2022. The family abandoned everything but their documents and clothing and resettled temporarily in Venezuela. In March 2023, following substantial legal advocacy, the family was granted humanitarian parole into the United States on the grounds of credible and documented threats to their safety stemming directly from Zanetti's retaliation. In fact, even upon entering the United States, they were never relieved of the fear until he was eventually captured in August of 2023.

This coercive dynamic—involving psychological manipulation, threats to loved ones, and real displacement—forms a critical backdrop to Samuel's offense. His participation was not driven by greed, but by fear and survival instincts common among young adults experiencing traumatic stress.

---

## V. CHARACTER, CONDUCT, AND INCARCERATION

Samuel is described consistently as respectful, kind, and introspective. Letters from his family and girlfriend attest to his empathetic nature, his willingness to help others, and his capacity for deep reflection. Since his arrest and extradition, he has undertaken a rigorous self-improvement regimen, including reading over 80 books spanning psychology, history, philosophy, and personal development.

He has identified role models in global figures like Nelson Mandela and Barack Obama and is developing a post-release plan to create educational content and outreach programs for youth at risk of exploitation. His own words in his statement to the Court demonstrate accountability, emotional maturity, and a strong moral compass restored through introspection.

---

## VI. ANALYSIS AND CLINICAL CONSIDERATIONS

From a developmental and psychological perspective, Samuel's case presents several mitigating factors that are strongly supported by contemporary research:

1. Youthful Brain Development: At the time of the offense, Samuel was 21 years old—an age at which the human brain, particularly the prefrontal cortex (responsible for impulse control, judgment, and decision-making), is still developing. Neuroscientific research confirms that individuals in late adolescence and early adulthood are more prone to impulsivity, risk-taking,

and susceptibility to external influence due to incomplete neurocognitive maturation (Steinberg, 2009; Casey, Jones, & Somerville, 2011).

2. Trauma History: Exposure to chronic stress, displacement, and direct threats can lead to trauma responses that impair cognitive function, emotional regulation, and rational decision-making. Trauma-exposed individuals often experience heightened fight-or-flight responses, reduced executive functioning, and increased compliance under duress (van der Kolk, 2014). These patterns are consistent with Samuel's behavior following sustained intimidation and coercion.

3. Coercive Control: Coercive environments—especially those involving violence, surveillance, and manipulation—can override a person's autonomy, leading to involuntary participation in harmful actions. Research in criminology and psychology has documented how coercion and fear influence behavior, particularly in young or vulnerable individuals (Goodmark, 2015; Stark, 2007). Samuel's actions, shaped by threats to his family and life, align with well-established models of coercive entrapment.

4. Protective Factors and Rehabilitation Potential: Despite these challenges, Samuel exhibits multiple protective factors that support rehabilitation: strong family support, religious values, absence of prior criminal history, demonstrated remorse, and a structured plan for his future. Positive institutional adjustment—evidenced by his educational efforts and personal growth—correlates with low recidivism risk and successful reintegration (Andrews & Bonta, 2010; Cullen & Gendreau, 2000). Research has shown that individuals who engage in meaningful rehabilitation efforts and maintain pro-social supports are less likely to reoffend.

These findings support a mitigation framework emphasizing reduced culpability, high amenability to treatment, and non-carceral interventions that address trauma rather than perpetuate it (Miller, 2012).

---

## IX. SELF-EDUCATION AND TRAUMA-INFORMED RECOVERY

During his incarceration, Samuel Avila has dedicated himself to a profound process of self-directed healing through literature. Confronted with the emotional injuries of betrayal, coercion, and abandonment—compounded by his victimization at the hands of Stefano Zanetti—Samuel turned to books not just for escape, but for restoration. Over the course of his confinement, he has read and summarized more than 80 books focused on spirituality, emotional intelligence, healing, leadership, financial empowerment, and purpose.

His reading journey is deeply aligned with the principles of trauma-informed recovery, which emphasize safety, trustworthiness, empowerment, peer support, and a recognition of the cultural and historical contexts of trauma. The literature Samuel chose reflects these values and supports his efforts to build emotional regulation, reestablish a sense of identity, and reclaim agency over

his life story. Books like *La inteligencia emocional* by Daniel Goleman and *Supergenes* by Deepak Chopra & Rudolph Tanzi helped him understand the physiological and emotional effects of trauma, while *Conversaciones con* Dios by Neale Donald Walsch and *Metahumano* by Chopra guided him through spiritual reconnection and meaning making.

Samuel's consistent effort to engage with this literature, take notes, and apply the lessons to his own narrative shows a remarkable level of self-awareness, commitment, and emotional maturity. His reading practice has become both a coping mechanism and a roadmap toward transformation—illustrating the human capacity to heal even in environments not designed for restoration (see attached addendum of Samuel's personal reflections from his reading).

Addendum

Below is a formal annotated reading list that includes selected titles organized by theme and Samuel's personal reflections on each:

| ***Title*** | **Summary of Key Insights** |
|---|---|
| *El método Ikigai* | Clarifies the concept of purpose and emphasizes the vital role of daily intentionality in personal fulfillment. |
| *El libro de los secretos* | Facilitates a deeper understanding of spiritual principles and the cultivation of inner wisdom. |
| *Sincrdestino* | Highlights the recognition of recurring patterns in life and offers approaches to regain personal direction. |
| *El poder de la intención* | Stresses the importance of directing focus and energy toward the achievement of intentional objectives. |
| *Conversaciones con Dios (Books 1–4)* | Provides spiritual support and contextualizes personal challenges within a broader life journey. |
| *Reinventar el cuerpo, resucitar el alma* | Encourages the integrated healing of both physical and emotional challenges, recognizing their interdependence. |
| *El universo oye lo que sientes* | Explores the significant influence of emotions on reality and advocates for mindful emotional awareness. |
| *Busca tu propio ángel* | Offers reassurance and underscores the presence of guidance and hope during periods of solitude. |
| *Misión Emprender* | Motivates the application of individual skills toward positive outcomes and purposeful future planning. |

This report is prepared and submitted July 14th, 2025, by:

Malikeya Khantrece
DBA Narratives for Justice, LLC
P.O. Box 53035
Pittsburgh, PA 15219
614.205.7443
khantrece@narrativesfj.com

## REFERENCES


Andrews, D. A., & Bonta, J. (2010). The Psychology of Criminal Conduct (5th ed.). Routledge.

Casey, B. J., Jones, R. M., & Somerville, L. H. (2011). Braking and accelerating of the adolescent brain. Journal of Research on Adolescence, 21(1), 21–33.

Cullen, F. T., & Gendreau, P. (2000). Assessing correctional rehabilitation: Policy, practice, and prospects. Criminal Justice 2000, 3, 109–175.

Goodmark, L. (2015). A Troubled Marriage: Domestic Violence and the Legal System. NYU Press.

Miller, N. A., & Najavits, L. M. (2012). *Creating trauma-informed correctional care: A balance of goals and environment*. European Journal of Psychotraumatology, 3(1), 17246. https://doi.org/10.3402/ejpt.v3i0.17246

Richards, S. C., Faggiani, D., Rizzone, R. J., & Ross, J. I. (2011). *Convict criminology: Voices from inside the prison walls*. In M. Bosworth & C. Hoyle (Eds.), **What is Criminology?** (pp. 339–354). Oxford University Press.

Stark, E. (2007). Coercive Control: How Men Entrap Women in Personal Life. Oxford University Press.

Steinberg, L. (2009). Adolescent development and juvenile justice. Annual Review of Clinical Psychology, 5, 459–485.

van der Kolk, B. (2014). The Body Keeps the Score: Brain, Mind, and Body in the Healing of Trauma. Viking.