To: The Honorable Judge Ranjan.

I am writing this letter with my sincere apology for having been part of a crime that caused so much harm to the people and especially to the senior citizens of this country. I also apologize for writing to you in Spanish. Despite the fact that my English has improved and advanced a lot compared to the level with which I arrived, I am still not able to write an entire letter to you in your language.

Even though I would like to tell you my story, and how I ended up involved in the crime, I understand that this letter is not the means to do so. I trust that my attorney or the Government can provide you with more information about that.

Therefore, during this opportunity that I have to address you, I would like to focus on what I have learned being here. Jail can be a horrible place or a place of reflection and beginning of a new mindset to create a better life than the one I had outside. I chose to experience this stage of my life through the second perspective, despite the fear, the uncertainty, and the feelings of guilt due to everything that my family had to go through because of my bad actions; being threatened and having no other option than to flee Panama and leave behind everything that they had built during the 7 years since we had emigrated from Venezuela. The fact is that I have a more thorough knowledge of what I really was a part of (whether wit was voluntary or not) and of the problems that, unfortunately, I contributed in causing to so many people; people who might think that there is a lack of remorse or conscience on my part since it wasn't my grandparents or parents who worked all their lives or who were veterans of war who then ended up as victims of an egregious scam.

I have accepted my responsibility and I can honestly tell you from the heart that I wish that there was more that I could do than just apologize for all the damage and the pain that I helped cause.

During my time being locked up, I have inevitably been able to perceive the hatred and resentment with which some inmates live, as they feel that they have been robbed of time and that moments with their families have been taken away. But, thank God, I was able to create a routine, that within the constraints that I might be in, can make my time here productive and positive. I divide my time between exercise, reading, and working. I literally understood what they say, that a book can become your best friend. Because of my continuous concern of not wanting to waste my time watching television and playing cards, I discovered a love of reading and how fascinating it is to find out that the more you learn, the more you realize how much you don't know. As I write this letter, I have read 33 books (between the ones my family sends me and the ones the counselor here has gotten me). These books in turn awoke a passion in me for wanting to study Psychology and how our brains work. This interest was influenced by the fact that I read

works by doctors: Daniel Kanheman, Malcolm Gladwell, Wayne Dyer, Daniel Coleman, and Deepak Chopra and icons of personal development such as Tonny Robbin and Brian Tracy.

When I was arrested, I had been back in Panama for a few months, after having escaped to Maracaibo, my home town in Venezuela, due to the constant affronts and threats to me and later directed towards my family to force me to come back. After a few days in Maracaibo, due to the precarious situation in my country, I had to move to Colombia and settle in Medellin where I dedicated myself exclusively to learning Dropshipping, artificial intelligence, and subscription systems to afterwards go on to working with two French friends who live in Panama and have a program called "Golden Box" in France. Once I had studied and learned everything about their project, we created a partnership for me to recreate the program in Spanish and be able to launch the program in the Hispanic market. That is the reason why I returned to Panama, despite being aware of the danger that I faced and having to constantly hide to avoid being seen by the ones who threatened me or their people. By the time I was arrested, I had been able to get about 35% of the program ready in Spanish and I was able to record over 80 advertisement and informational videos along with several videos interviewing different entrepreneurs from different countries who were successful with the box subscription business, which is what the "Golden Box" program teaches. My French friends published my interviews in their You Tube channel. I hope that my attorney is able to provide you with the links and some of my videos.

I must confess that my first three months here, when I started to understand the seriousness of my case and seeing the times that the government was contemplating against me, I lost all the hope that I still had of being able to see my family, my girlfriend and recovering my youth and projects. But I could say that the books saved me from falling into a depression or something similar: reading stories, for example, of how Former President Obama, coming from a normal family, born and raised in Hawaii and spending a great portion of his youth in Indonesia, was able to forge his way in the political arena to become the first African American president of the most powerful country in the world; Ghandi, after having been jailed in several occasions, continued to believe in achieving independence for his country from England without violent opposition; creating an entire revolution through peaceful protests; Mandela, after being sentenced to life in prison, got out after spending 27 years in prison, become the president of South Africa and won the Nobel Peace Prize; Beethoven wrote  part of his repertoire while he was completely deaf; Vincent Van Gogh started painting when he was 40 years old. These among many other success stories that make it impossible not to get inspired, filled with motivation and understand that it is never too late to restructure your life and fulfill your goals. Realize that life is not what happens to you, but how you react to what happens to you; that it is not your conditions but rather your decisions what determine your results. Even though I would never in my life go through this again, being isolated from society and everything that being out entails has led me to having a clearer idea of what I want my life's purpose

to be. And, with all due respect, I think that that is the best thing that could have happened to me. As the poet Rumi said: “The crack is where the light comes through”.

All of this has taught me to value life so much more. To be thankful and be more aware of things that we take for granted such as freedom, family, and those who are really by your side in good times and in bad times. And that is where I realize how I was handling my life and the reason for my bad decisions. I was only reacting to everything that was happening to me, limiting to living my life on auto-pilot without having control of my decisions in a conscious manner. And, despite the fact that I am not in the most ideal place to say something like this, I feel proud of the person that I have turned into in the last year. I literally feel like a different Samuel, and I feel that I have learned more about the world in one year than in the other 23 that I spent out there in it. And, that is what I have tried to transmit to the other people here fighting their cases with the same fear, uncertainty, and feelings of guilt with which I arrived: that in the end, peace and happiness is a decision that only they can make.

I now visualize and plan what I am going to do with my life whenever my time to get out comes. I will retake the “Golden Box” program, perfect my English, study psychology, and channel all the information that I have read in the books and condense it to create a program where people can learn everything that I have learned without having to go through what I have gone through. Also, to be able to tell the hundreds of similar stories that I have heard here about people who in trying to fill an immediate need end up making decisions that without fail lead them to lose so much more, and help the new generation of young people understand that a criminal path will, sooner or later, lead them to the road of regret and misery.

I hope, Your Honor, that you are able to read this letter. Thank you very much for your time.

[Signature] 07/30/2024