Maracaibo, October 16, 2024

**The Honorable**
**Judge Nicholas Ranjan**
**His chambers**

I am pleased to let you know that I have known my friend **Samuel David Ferrer Avila** for almost eighteen (18) years. I had the blessing of seeing him for the first time when he was just a child, walking in the village where I currently live. He attracted my attention, because he was very small and exercising, and when I asked him his reasons, he told me that he wanted to be in shape and have a proper weight.

He used to listen to evangelical Christian music in my house, told his parents, Victor Ballesteros and Haidy Avila, and they came to my house. That is how our friendship began, as brothers and sisters in Christ.

I can let you know without a doubt, that Samuel was always a peaceful, calm, kind, honest, empathetic child, with good moral and ethical principles; because Samuel grew up in a Christian home and was taught Christian principles, not only by his parents, but by a Christian community to which they belonged. As close families that shared time together, we always included the children and young people.

[He was] a child and young man dedicated to his elementary and high school studies, respectively.

In my dealings with Samuel and the friendship I have had since then with his family,
I never saw an inappropriate attitude from him, I never saw him using drugs, not even alcohol, or dealing with criminals or gangs or criminal groups. He was not involved in any kind of problems or violent activities.

Due to the economic and political crisis that our country, Venezuela, is going through, his parents had to emigrate to Panama. He stayed here in Venezuela with his maternal grandmother, to finish his high school studies. When he finished his studies, he emigrated to Panama to live with his parents and siblings.

Please feel free to contact me if you would need any clarification regarding this communication. Without further to add, I bid you farewell,

Sincerely yours,

Ana Gregoría Rincón Martínez
Identity Card 7.930.993
Email: Anarinmar@Hotmail.com
Telephone 0424.693.35.65