**Subject: Support for the reinsertion of Mr. Samuel Ferrer**

Honorable Justice Nicholas Ranjan,

I am writing this letter to you as a close friend of Mr. Samuel Ferrer, currently in prison in anticipation of his sentence. With all the respect that you deserve, I wish to share my testimony about his character, his personal evolution, and the concrete prospects that are opening up for him.

I met Samuel about four years ago in Panama. From our first exchanges, he always struck me as a good person: a determined, respectful young man with a genuine desire to better himself and improve every day. I always saw him as someone who wanted to get ahead and build a better version of himself.

We even got to collaborate as partners in a business project. At that time, I and my partner, Gabriel, were launching an online education platform, and Samuel agreed to be in charge of translating and adapting the content for the Spanish-speaking market. His commitment and seriousness at that time already demonstrated his skills, his reliability, and his willingness to learn and grow.

Although he made a mistake -which he fully recognizes today- I am convinced that this does not define the man he is in essence. Since his imprisonment, he has demonstrated a capacity for reflection, maturity, and a firm will to build a more solid future consistent with his values.

I sincerely believe in his reintegration potential, even as a partner in our GoldenBox project, which we had to launch without him. As an entrepreneur, I am well aware of his human and professional qualities, especially his natural skills in communication, sales, and interpersonal relations. He has that rare profile of a person who is adaptable, resilient, and capable of adding value in any professional environment.

For all these reasons, I want to assure you that I will be personally present to accompany him when he is released. I am ready to provide him with a structured environment, potential opportunities and the necessary support so that he can reintegrate quickly and with dignity.
In addition, he will be able to count on his partner (a person who currently works with us) and a positive close circle that will support him in this new stage.

To be completely clear and concrete about my commitment:
Upon his release, I plan to entrust him with a specific professional mission: to resume and lead the creation and adaptation of audiovisual content for our social networks of our digital training platform GoldenBox, in the Spanish-speaking market. This part of the project has not yet been developed, precisely because we have not found the right person to do it. In this sense, we are confident that Samuel will be able to assume this responsibility with autonomy, seriousness, and vision. This will be his first professional mission, and he will have all my support and that of the team to carry it out well.

I sincerely thank you, Your Honor, for your attention to this letter. I remain at your disposal for any additional information you may consider necessary.

Respectfully,

**Yoann LAOUFI**
07/05/2025