LETTER TO JUBER RANDAN SAMUEL. MARACAIBO, STATE OF ZULIA . VENEZUELA.

YOUR HONOR, JUDGE NICOLÁS RANJAN.

MY NAME IS ENEIDA HUERTA, GRANDMOTHER OF 24-YEAR-OLD SAMUEL DAVID FERRER AVILA. SAMUEL WAS RAISED IN A VERY SOLID HOME WHERE FROM A VERY YOUNG AGE HE WAS TAUGHT PRINCIPLES AND VALUES. HE WAS A VERY DISCIPLINED CHILD AND A LOVER OF READING. HIS DREAM WAS TO ENTER THE AVIATION ACADEMY, WHICH WAS FRUSTRATED BECAUSE HE HAD TO EMIGRATE WITH HIS FAMILY TO PANAMA IN 2016 DUE TO THE PRECARIOUS SITUATION IN VENEZUELA IN WHICH THERE WAS NO FOOD OR MEDICINE AVAILABLE.

EVEN THOUGH MY DAUGHTER AND HER HUSBAND ARE PROFESSIONALS, THEY HAD TO WORK HARD DOING MANUAL LABOR; MY DAUGHTER CLEANING HOUSES AND HER HUSBAND CLEANING CARS AND IN CONSTRUCTION. EVEN SAMUEL DAVID HAD TO WORK HARD.

WITH THE HELP OF HER HUSBAND, AND WITH GREAT EFFORT, MY DAUGHTER WAS ABLE TO GET HER LICENSE VALIDATED TO BE ABLE TO WORK AS AN EDUCATOR, WHICH SHE ACHIEVED. ALONG THE WAY, SAMUEL MET BAD AND ILL-INTENTIONED PEOPLE WHO TOOK ADVANTAGE OF HIM TO BENEFIT FROM HIS GREAT INTELLIGENCE AND LACK OF MATURITY AND INFLUENCED HIM, WITHOUT CARING ABOUT THE GREAT HARM THEY WERE DOING TO HIM AND HIS FAMILY.

IN 2022, MY DAUGHTER WAS FORCED TO RESIGN FROM THE SCHOOL WHERE SHE WORKED AND FLEE WITH HER FAMILY AND RETURN TO VENEZUELA BECAUSE OF THE CONSTANT THREATS THEY RECEIVED, INCLUDING DEATH THREATS, LEAVING BEHIND EVERYTHING THEY HAD ACHIEVED WITH SO MUCH EFFORT.

WHEN THEY ARRIVED IN VENEZUELA, I GAVE THEM LODGING, UNTIL THEY WERE ABLE TO ENTER THE UNITED STATES THROUGH HUMANITARIAN PAROLE, WHERE THEY HAVE BEEN ABLE TO REBUILD THEIR LIVES. IT HAS NOT BEEN EASY FOR THEM BECAUSE THEY HAVE SAMUEL DAVID IN PRISON, BUT WITH THE HOPE THAT HE WILL RETURN TO BE REUNITED WITH THEM AND MY GRANDCHILDREN, HIS BROTHERS, WHO ARE LEARNING TO SPEAK ENGLISH. ONE OF THEM HAS ALREADY BEEN ACCEPTED INTO COLLEGE.

THANK YOU VERY MUCH.

SINCERELY YOURS,

ENEIDA HUERTA.