**Panama, 09 May 2025**

The Honorable

Judge Nicholas Ranjan

His Chambers

I am writing this letter to you as a close friend and professional collaborator of Samuel Ferrer. My name is Gabriel Amoletti, I am an entrepreneur and currently run a business in the e-commerce field together with my partner Yoann. Samuel and I have been close friends for a long time, and about six months before his arrest, we had started working together in a structured way on a project with great potential.

This project consisted of launching a monthly subscription under the "surprise box" model, focused on products related to padel, a fast-growing sport in Latin America and Europe. Samuel became a partner in this initiative with the aim of developing the Spanish-speaking market, a key area for our expansion, as my partner and I are of French origin and do not fully master the language and cultural dynamics of the region.

Samuel was in charge, among other things, of generating audiovisual content for our social networks, with a very professional approach and a clear vision of brand positioning. His role was indispensable not only because of his technical skills, but also because of his constant motivation, his creativity and his ability to genuinely connect with our audience.

In addition to this project, Samuel also supported us in the launch and sale of our online course *Goldenbox*, which has been our biggest success in France and which we wish to launch strongly in the Spanish-speaking market.
Samuel was primarily responsible for this expansion: he translated the content, adapted the messages to the local culture and prepared to be the visible face of this new phase.

Since his arrest, this project - the most promising of our company - we were forced to launch it without him. However, both my partner and I are still actively awaiting his release in order to resume together the initial agreement and approach, finally being able to scale and exploit *Goldenbox* throughout Latin America and Spain. His possible return is key to the future of our international strategy, as we also run other projects in parallel.

Since I am not a native Spanish speaker, having someone like Samuel was an extraordinary opportunity: he spoke the language perfectly, had a deep understanding of the target market's culture, and above all, shared our vision of building a solid, transparent and human brand. He was the ideal partner for this expansion.

Beyond the professional sphere, Samuel always showed himself to be a reliable, loyal, generous and deeply humane person. On a personal level, he quickly became much

more than a collaborator: he became a true friend, someone you could talk to with sincerity, someone you could count on in any circumstance. He was always ready to help, to listen, to motivate.

I was struck by his ability to remain positive even in the midst of difficult situations. He had a special way of spreading optimism, of seeing the best in people and of trusting that, with effort and good intentions, everything can be overcome.
Samuel spoke with enthusiasm about the future, about the projects he wanted to complete, about the positive impact he wanted to generate through entrepreneurship. It was clear that he was looking to rebuild his life in an integral way, with a professional and ethical approach.

His arrest was devastating news. Not only because it interrupted a promising project, but also because it deeply affected those of us who really knew him. We felt not only the loss of an indispensable partner, but also the absence of a person who brought so much to our environment, both humanly and emotionally. Since then, we have not found anyone who can take his place with the same dedication, sensitivity, and talent.

I am fully convinced that Samuel had -and still has- the genuine intention of building a new, clean, and purposeful path. And I am sure that, if given the opportunity, he will seize it with maturity, commitment, and gratitude.

Thank you in advance for your attention, and I remain at your disposal for any further clarification.

Sincerely yours,

**Gabriel Amoletti**