BOARD OF COUNTY COMMISSIONERS

Leslie Osche,
*Chairman*

Kim Geyer,
*Vice Chairman*

Kevin Boozel,
*Secretary*

# Butler County Prison

PENNSYLVANIA

BUTLER County

GOVERNMENT

**Beau Sneddon Warden**
bsneddon@co.butler.pa.us

Jennifer Passarelli
*Deputy Warden*
Jpassare@co.butler.pa.us

June 27, 2024

To whom it may concern:

Mr. Samuel Avila has been incarcerated in the Butler County Prison since September 13, 2023. In this time, he has been a productive member of the facility workforce, working daily in the facility's kitchen. Mr. Avila has shown a strong work ethic and has been diligent in performing his tasks.

Since being in the Butler County Prison, Mr. Avila has not received any major misconducts.

Mr. Avila is actively working on bettering himself with classes offered at this facility. At the time of writing this he has received a certificate in Financial Literacy.

Respectfully submitted,

D. Geibel

Dillin Geibel | Caseload Counselor
Butler County Prison | 202 S. Washington Street Butler, PA 16001