AO 245B (Rev. 09/19) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

Western District of Pennsylvania

UNITED STATES OF AMERICA
v.
SAMUEL DAVID FERRER AVILA

## JUDGMENT IN A CRIMINAL CASE

Case Number: 2:22-cr-301

USM Number: 75582-510

Patrick Nightingale
Defendant's Attorney

## THE DEFENDANT:

☑ pleaded guilty to count(s) 1 and 2 of the Indictment

☐ pleaded nolo contendere to count(s) ______
which was accepted by the court.

☐ was found guilty on count(s) ______
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. 1349 | CONSPIRACY TO COMMIT WIRE FRAUD | 8/31/2022 | 1 |
| 18 U.S.C. 1956(h) | CONSPIRACY TO COMMIT MONEY LAUNDERING | 8/31/2022 | 2 |

The defendant is sentenced as provided in pages 2 through 7 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) ______

☐ Count(s) ______ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

7/18/2025
Date of Imposition of Judgment

s/ J. Nicholas Ranjan
Signature of Judge

United States District Judge
Name and Title of Judge

7/18/2025
Date

DEFENDANT: SAMUEL DAVID FERRER AVILA
CASE NUMBER: 2:22-cr-301

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
As to each of Counts 1 and 2, FORTY-EIGHT (48) MONTHS, to be served concurrently with each other, for a total term of imprisonment of FORTY-EIGHT (48) MONTHS.

☑ The court makes the following recommendations to the Bureau of Prisons:
Defendant be placed at a facility as close as possible to the state of Alabama, as this is where his mother resides.
Defendant be designated to a minimum security camp facility.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at ______________ ☐ a.m. ☐ p.m. on ______________ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on ______________ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on ______________ to ______________

at ______________ , with a certified copy of this judgment.

______________
UNITED STATES MARSHAL

By ______________
DEPUTY UNITED STATES MARSHAL

DEFENDANT: SAMUEL DAVID FERRER AVILA
CASE NUMBER: 2:22-cr-301

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $ 200.00 | $ 522,350.00 | $ | $ | $ |

☐ The determination of restitution is deferred until ____________. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☑ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Barbara Adelhardt* | | $61,000.00 | |
| Jonathan Halpert* | | $17,000.00 | |
| Rose Strenko* | | $30,000.00 | |
| Patricia Bennet Cohen* | | $16,000.00 | |
| Walter and Peggy Smith* | | $18,100.00 | |
| Max Wright* | | $18,000.00 | |
| Mary Ann Samples* | | $20,000.00 | |
| Jacquelyn Smith* | | $9,050.00 | |
| Sondra Allison* | | $20,000.00 | |

[continued on p. 4]

| | Total Loss*** | Restitution Ordered |
|---|---|---|
| **TOTALS** | $ 0.00 | $ 522,350.00 |

☐ Restitution amount ordered pursuant to plea agreement $ ____________

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☑ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☑ the interest requirement is waived for the ☐ fine ☑ restitution.

☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: SAMUEL DAVID FERRER AVILA
CASE NUMBER: 2:22-cr-301

## ADDITIONAL RESTITUTION PAYEES

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Jane Ottenburg* | | $8,000.00 | |
| Joan Pollick* | | $20,000.00 | |
| Lynn Nash* | | $18,000.00 | |
| Bob Gray* | | $7,500.00 | |
| Berlene Barr* | | $8,500.00 | |
| Maryann Druzgal* | | $5,000.00 | |
| Walter Buggey* | | $12,000.00 | |
| Thomas Barnhart* | | $14,100.00 | |
| Ralph "Dale" Herrick* | | $12,000.00 | |
| Vinson Hawkins* | | $12,800.00 | |
| William F. Cumming* | | $6,000.00 | |
| Gilbert Wayne Morrison* | | $18,000.00 | |
| Edwin Gray* | | $122,300.00 | |
| Richard Hightower* | | $26,000.00 | |
| David Breuer* | | $12,000.00 | |
| James Brillhart* | | $11,000.00 | |

* Address on file with Clerk's Office

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: SAMUEL DAVID FERRER AVILA
CASE NUMBER: 2:22-cr-301

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☐ Lump sum payment of $ ____________ due immediately, balance due

☐ not later than ________________ , or
☐ in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

**B** ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C** ☐ Payment in equal ________ *(e.g., weekly, monthly, quarterly)* installments of $ ______ over a period of ________ *(e.g., months or years)*, to commence ________ *(e.g., 30 or 60 days)* after the date of this judgment; or

**D** ☐ Payment in equal ________ *(e.g., weekly, monthly, quarterly)* installments of $ ______ over a period of ________ *(e.g., months or years)*, to commence ________ *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within ________ *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☑ Special instructions regarding the payment of criminal monetary penalties:
The defendant shall pay the amount of any restitution that is imposed by this judgment that remains unpaid upon his release from imprisonment at a rate of at least 10 percent of his gross monthly earnings. The first payment shall be due within 30 days from the defendant's release from imprisonment.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☑ Joint and Several

| Case Number<br>Defendant and Co-Defendant Names<br>*(including defendant number)* | Total Amount | Joint and Several Amount | Corresponding Payee, if appropriate |
|---|---|---|---|
| See chart attached at p. 6 | | | |

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☑ The defendant shall forfeit the defendant's interest in the following property to the United States:
Approximately $245,920.60 in U.S. currency seized from Courier #3 and Safehouse #1 on or about 9/30/2021;
[continued on p. 7]

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

**Restitution - Joint and Several**
**Defendant: SAMUEL DAVID FERRER AVILA**
**Case Number: 2:22-cr-301**

| Victim | Samuel David Ferrer Avila 2:22-cr-301-1 | Hector Enrique Escorihuela Gil 2:22-cr-235-1 | Cesar Javier Chourio Morante 2:22-cr-299-1 | Yhonlester Wuiler Manuel Da Silva Quintero 2:22-cr-235-2 | Adrian Orozco-Perez 2:22-cr-132 |
|---|---|---|---|---|---|
| Barbara Adelhardt | $61,000 | $61,000 | $61,000 | $61,000 | $0 |
| Jonathan Halpert | $17,000 | $17,000 | $17,000 | $17,000 | $0 |
| Rose Strenko | $30,000 | $0 | $30,000 | $0 | $0 |
| Patricia Bennet Cohen | $16,000 | $16,000 | $16,000 | $0 | $16,000.00 |
| Walter and Peggy Smith | $18,100 | $18,100 | $18,100 | $0 | $18,100.00 |
| Max Wright | $18,000 | $18,000 | $18,000 | $0 | $18,000.00 |
| Mary Ann Samples | $20,000 | $20,000 | $20,000 | $0 | $20,000.00 |
| Jacquelyn Smith | $9,050 | $9,050 | $9,050 | $0 | $9,050.00 |
| Sondra Allison | $20,000 | $20,000 | $20,000 | $20,000 | $0 |
| Jane Ottenburg | $8,000 | $8,000 | $8,000 | $0 | $8,000.00 |
| Joan Pollick | $20,000 | $20,000 | $20,000 | $0 | $20,000.00 |
| Lynn Nash | $18,000 | $18,000 | $18,000 | $0 | $18,000.00 |
| Bob Gray | $7,500 | $7,500 | $7,500 | $7,500 | $0 |
| Berlene Barr | $8,500 | $8,500 | $8,500 | $0 | $0 |
| Maryann Druzgal | $5,000 | $5,000 | $5,000 | $0 | $5,000.00 |
| Walter Buggey | $12,000 | $12,000 | $12,000 | $0 | $0 |
| Thomas Barnhart | $14,100 | $14,100 | $14,100 | $0 | $14,100.00 |
| Ralph "Dale" Herrick | $12,000 | $12,000 | $12,000 | $0 | $12,000.00 |
| Vinson Hawkins | $12,800 | $12,800 | $12,800 | $0 | $0 |
| William F. Cumming | $6,000 | $6,000 | $6,000 | $0 | $0 |
| Gilbert Wayne Morrison | $18,000 | $18,000 | $18,000 | $0 | $0 |
| Edwin Gray | $122,300 | $0 | $122,300 | $0 | $0 |
| Richard Hightower | $26,000 | $26,000 | $26,000 | $0 | $0 |
| David Breuer | $12,000 | $12,000 | $12,000 | $0 | $0 |
| James Brillhart | $11,000 | $11,000 | $11,000 | $0 | $0 |
| | | | | | |
| **Total Restitution Amount** | **$522,350** | **$370,050** | **$522,350** | **$105,500** | **$158,250.00** |
| | | | | | |
| * Victim Addresses on file with Clerk's Office | | | | | |

DEFENDANT: SAMUEL DAVID FERRER AVILA
CASE NUMBER: 2:22-cr-301

## ADDITIONAL FORFEITED PROPERTY

approximately $5,035 seized from JP Morgan Chase Bank Account ending in 1316; approximately $2,961.26 seized from TD Bank Account ending in 3401; approximately $18,000 in U.S. currency seized from Courier #6 on or about 2/28/2022; a sum of money in the amount of approximately $1,500,000.